IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STAR JOSEPH,

    Plaintiff,

vs.                                                           No. 1:21-cv-00837-KWR-LF

U.S. PUBLIC DEFENDERS OFFICE,
AMANDA SKINNER, personally,

    Defendants.

## JUDGMENT

**THIS MATTER** came before the Court under 28 U.S.C. § 1915A, 28 U.S.C. § 1915(e)(2)(B), and Fed. R. Civ. P. 12(b)(6) on the Civil Complaint filed by Plaintiff Star Joseph (Doc. 1) and the Court having entered its Memorandum Opinion and Order (Doc. 10) on **October 6, 2021** dismissing all claims for failure to state a claim on which relief can be granted, for lack of standing, and as frivolous and malicious,

**IT IS ORDERED** that **JUDGMENT** is entered and all claims in the Civil Complaint filed by Plaintiff Star Joseph (Doc. 1) are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**